IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM STIVERS**                                                                        **PETITIONER**
**ADC# 139089**

VS.                              NO. 5:09-CV-00103-SWW-BD

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                     **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

IT IS THEREFORE ORDERED that Petitioner William Stivers's petition for writ of habeas corpus (#2) is DISMISSED with prejudice.

IT IS FURTHER ORDERED that Petitioner's motion for a copy of Exhibit A (docket entry #20) is DENIED AS MOOT.[1]

IT IS SO ORDERED, this 10th day of June, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] By motion filed May 19, 2010 (docket entry #20), Petitioner requested a copy of Exhibit A to Respondent's response to the petition, which is a transcript of a plea hearing in the criminal proceedings against Petitioner in state Court. Petitioner states that "a copy of . . . Exhibit 'A' is needed in order to allow a full and fair response to the Court's findings and recommendation." Docket entry #20, ¶4. However, Petitioner filed objections to the findings and recommended disposition on June 7, 2010.