# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WILLIAM STIVERS**                                                                    **PETITIONER**
**ADC# 139089**

**VS.**                     **NO. 5:09-CV-00103-SWW-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                               **RESPONDENT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 10th day of June, 2010.

                                            /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE